**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**SHAWALI KHAN,**

     **Petitioner,**

        **v.**

**BARACK OBAMA, et al.,**

     **Respondents.**

**Civil Action No. 08-1101 (JDB)**

---

### ORDER

Pursuant to today's status conference held in this case, it is hereby **ORDERED** that respondents shall file a status report -- in writing and by not later than September 25, 2009 -- informing the Court whether they intend to seek leave to amend the factual return in this case. The Court has taken notice of petitioner's motion for discovery and of respondents' agreement to produce the requested information to the extent possible within thirty days. It is further **ORDERED** that a status conference will be held in this case on October 7, 2009, at 9:00 a.m. in Courtroom 8.

     **SO ORDERED**.

                                    /s/
                                JOHN D. BATES
                       United States District Judge

Date:    August 26, 2009